Christopher C. Saldaña, Esq. (SBN 269456)
chris@ccslawgroup.com
LAW OFFICES OF CHRISTOPHER C. SALDAÑA
350 Tenth Avenue, 10th Floor
San Diego, California 92101
Telephone: (619) 365-9995
Facsimile:  (877) 539-1135

Attorneys for Defendant CREDIT BUREAU OF NAPA COUNTY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA- OAKLAND DIVISION

| | |
|---|---|
| JAVIER HERRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT BUREAU OF NAPA COUNTY, INC., a California corporation,<br><br>Defendant. | CASE NO.  C-13-0090-DMR<br><br>**ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME IN WHICH THE DEFENDANT MAY FILE AND SERVE A PLEADING RESPONSIVE TO PLAINTIFF'S COMPLAINT**<br><br>Magistrate Judge:   Donna M. Ryu<br>Complaint Filed:    January 3, 2013 |

Plaintiff JAVIER HERRERA, by and through his attorneys of record, EDELSON MCGUIRE and Defendant CREDIT BUREAU OF NAPA COUNTY, INC., by and through its attorneys, LAW OFFICES OF CHRISTOPHER C. SALDAÑA, have stipulated and jointly moved this Court for an enlargement of time up to and including February 27, 2013, for the Defendant to file and serve its answer or other pleading in response to the Plaintiff's Complaint.

/././

/././

/././

/././

C:\Users\Sara\Google Drive\CCS LAW GROUP\HERRERA v. CREDIT BUREAU OF NAPA\Pleadings\2013.02.11.Order Granting Enlargement.v2.wpd

1

ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME

1  Having considered the matters set forth in the Stipulation and Joint Motion of the Parties, and good cause appearing, **IT IS HEREBY ORDERED THAT** the Joint Motion of the Parties For Enlargement of Time in Which the Defendant May File and Serve a Pleading Responsive to Plaintiff's Complaint is **GRANTED**.  The Defendant has to and including **February 27, 2013** in which to answer to otherwise plead in response to Plaintiff's Complaint on file in this case.

**IT IS SO ORDERED**.

DATED: ~~February~~____, 2013

March 15, 1023

_____
~~DONNA M. RYU~~ Susan Illston
UNITED STATES ~~MAGISTRA~~TE JUDGE

C:\Users\Sara\Google Drive\CCS LAW GROUP\HERRERA v. CREDIT BUREAU OF NAPA\Pleadings\2013.02.11.Order Granting Enlargement.v2.wpd

2

ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME