**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>CIVIL PRETRIAL MINUTES</u>

Date: <u>5/2/13</u>

Case No.   <u>C-13-0090 SI</u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>HERRERA</u>  -v- <u>CREDIT BUREAU OF NAPA</u>

Attorneys: Chris Dore (phone)            Chris Saldana

Deputy Clerk:  <u>Tracy Kasamoto</u> Court Reporter: <u> n/a</u>

**PROCEEDINGS**

1)   <u>Initial Case Management Conference - HELD</u>

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                            PART

Case continued to **12/13/13    @ 3:00 p.m.** for Further Case Management Conference

Case continued to **3/28/14    @ 9:00 a.m.**   for Motion for Class Certification
(Motion due 1/17/14 , Opposition 2/21/14  Reply 3/14/14)

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
  Deadline to file motions to join parties
  or amend pleadings:  August 2, 2013

  Plaintiff to serve disclosures pursuant
  to Fed. R. Civ. P. 26(a)(2) relating to
  class certification:  September 6, 2013

  Deadline for Defendant to depose
  Plaintiff's experts relating to class certification:  October 11, 2013

  Defendant to serve disclosures  pursuant
  to Fed. R. Civ. P. 26(a)(2) of
  rebuttal expert witnesses and reports
  relating to class certification:  November 8, 2013

  Deadline for Plaintiff to depose
  Defendant's rebuttal experts relating
  to class certification: December 13, 2013