SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124

JAY EDELSON
jedelson@edelson.com
RAFEY S. BALABANIAN
rbalabanian@edelson.com
BENJAMIN H. RICHMAN
brichman@edelson.com
CHRISTOPHER L. DORE
cdore@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Counsel for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER HERRERA, individually and on behalf of all others similarly situated, | Case No. 3:13-cv-00090-SI |
| *Plaintiff,* | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES RELATED TO CLASS CERTIFICATION ISSUES** |
| *v.* | |
| CREDIT BUREAU OF NAPA COUNTY, INC., a California corporation, | Judge: Honorable Susan Illston |
| *Defendant.* | |

Plaintiff Javier Herrera and Defendant Credit Bureau of Napa County, Inc. ("CBNC"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to extend the current schedule of deadlines related to class certification issues. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on May 6th, the Court entered a Scheduling Order and set, *inter alia*, a schedule of deadlines related to class certification issues, (Dkt. 25);

WHEREAS, following the Court's entry of the Scheduling Order, Plaintiff served his first sets of written discovery requests to CBNC and noticed the deposition of an appropriate CBNC designee pursuant to Fed. R. Civ. P. 30(b)(6);

WHEREAS, after an agreed extension of its time to do so, on September 10th, CBNC served its written responses and objections to Plaintiff's written discovery requests and indicated that it was in the process of gathering and would be producing responsive documents and information;

WHEREAS, CBNC's production of responsive documents and information has required more time than it initially anticipated, but in any event, will be completed no later than the close of business Friday, October 18th;

WHEREAS, in light of CBNC's need for additional time to produce responsive documents and information, to allow sufficient time for Plaintiff to review those documents and information, for the Parties to meet and confer regarding the same (if necessary), and to proceed with an appropriate 30(b)(6) deposition, the Parties have conferred and agreed, subject to Court approval, to extend the current schedule of class certification deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| *Plaintiff to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) relating to class certification* | October 15, 2013 | November 29, 2013 |
| *Deadline for Defendant to depose Plaintiff's experts relating to class certification* | November 19, 2013 | December 20, 2013 |

| | | |
|---|---|---|
| *Defendant to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) of rebuttal expert witnesses and reports relating to class certification* | December 19, 2013 | January 17, 2014 |
| *Deadline for Plaintiff to depose Defendant's rebuttal experts relating to class certification* | January 17, 2014 | February 17, 2014 |
| *Deadline for Plaintiff to File Motion for Class Certification* | January 17, 2014 | March 7, 2014 |
| *Deadline for Defendant to Oppose Motion for Class Certification* | February 21, 2014 | March 28, 2014 |
| *Deadline for Plaintiff to Reply in Support of Class Certification* | March 14, 2014 | April 11, 2014 |
| *Hearing on Motion for Class Certification* | March 28, 2014 | April 25, 2014 |

WHEREAS, good cause exists to extend the current schedule of class certification deadlines and the Parties do not seek the relief requested herein for any improper purpose;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE:

1.     The current schedule of deadlines related to class certification is hereby extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| *Plaintiff to serve disclosures pursuant to Fed. Civ. P. 26(a)(2) relating to class certification* | October 15, 2013 | November 29, 2013 |
| *Deadline for Defendant to depose Plaintiff's experts relating to class certification* | November 19, 2013 | December 20, 2013 |
| *Defendant to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) of rebuttal expert witnesses and reports relating to class certification* | December 19, 2013 | January 17, 2014 |
| *Deadline for Plaintiff to depose Defendant's rebuttal experts relating to class certification* | January 17, 2014 | February 17, 2014 |
| *Deadline for Plaintiff to File Motion for Class Certification* | January 17, 2014 | March 7, 2014 |

| | | |
|---|---|---|
| *Deadline for Defendant to Oppose Motion for Class Certification* | February 21, 2014 | March 28, 2014 |
| *Deadline for Plaintiff to Reply in Support of Class Certification* | March 14, 2014 | April 11, 2014 |
| *Hearing on Motion for Class Certification* | March 28, 2014 | April 25, 2014 |

IT IS SO STIPULATED.

**JAVIER HERRERA**, individually and on behalf of all others similarly situated,

Dated: October 15, 2013     By: /s/ Benjamin H. Richman
                                        One of Plaintiff's Attorneys

JAY EDELSON
jedelson@edelson.com
RAFEY S. BALABANIAN
rbalabanian@edelson.com
BENJAMIN H. RICHMAN
brichman@edelson.com
CHRISTOPHER L. DORE
cdore@edelson.com
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123


**CREDIT BUREAU OF NAPA COUNTY, INC.**,

Dated:  October 15, 2013     By: /s/ Christopher C. Saldaña

Christopher C. Saldaña, Esq.
chris@ccslawgroup.com
**LAW OFFICES OF CHRISTOPHER C. SALDAÑA**
350 Tenth Avenue, 10th Floor
San Diego, California 92101
Telephone: (619) 365-9995
Facsimile: (877) 539-1135

**<u>FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)</u>**

I, Benjamin H. Richman, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing ***Stipulation and [Proposed] Order Extending Deadlines Related to Class Certification Issues***, and that the above-referenced signatory to this stipulation has concurred in this filing.

/s/ Benjamin H. Richman

# [PROPOSED] ORDER

## PURSUANT TO STIPULATION, IT IS ORDERED THAT:

The schedule of deadlines related to class certification issues in this matter is hereby extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| *Plaintiff to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) relating to class certification* | October 15, 2013 | November 29, 2013 |
| *Deadline for Defendant to depose Plaintiff's experts relating to class certification* | November 19, 2013 | December 20, 2013 |
| *Defendant to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) of rebuttal expert witnesses and reports relating to class certification* | December 19, 2013 | January 17, 2014 |
| *Deadline for Plaintiff to depose Defendant's rebuttal experts relating to class certification* | January 17, 2014 | February 17, 2014 |
| *Deadline for Plaintiff to File Motion for Class Certification* | January 17, 2014 | March 7, 2014 |
| *Deadline for Defendant to Oppose Motion for Class Certification* | February 21, 2014 | March 28, 2014 |
| *Deadline for Plaintiff to Reply in Support of Class Certification* | March 14, 2014 | April 11, 2014 |
| *Hearing on Motion for Class Certification* | March 28, 2014 | April 25, 2014 |

ENTERED: ___10/15/13___

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE