Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Sean P. Reis (SBN 184044)
sreis@edelson.com
EDELSON PC
30021 Tomas Street. Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124
Fax: 949.459.2123

*Counsel for Plaintiff and the putative class*

**IT IS SO ORDERED**
*Judge Susan Illston*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAVIER HERRERA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CREDIT BUREAU OF NAPA COUNTY, INC., a California corporation,<br><br>*Defendant*. | Case No. 3:13-cv-00090-SI<br><br>**PARTIES' JOINT REPORT REGARDING STATUS OF SETTLEMENT PROCEEDINGS AND REQUEST TO CONTINUE STAY FOR THIRTY DAYS**<br><br>Judge: Honorable Susan Illston |

1 | Plaintiff Javier Herrera and Defendant Credit Bureau of Napa County, Inc. ("CBNC"), by and through their undersigned counsel, and pursuant to the Court's December 11, 2013 Order staying this matter pending private mediation (Dkt. 34), hereby submit the instant joint report regarding the status of settlement proceedings in this matter and state as follows:

By Order entered December 11th, the Court stayed this matter pending the Parties' upcoming private mediation before John B. Bates, Jr. of JAMS (San Francisco) and requested that the Parties file a joint report following the mediation regarding the status of the potential settlement. (Dkt. 34.) On January 14th, the Parties proceeded with an all-day mediation before Mr. Bates and, with his assistance, were able to reach an agreement in principle with respect to the resolution of Herrera's claims against CBNC in this matter. Since the mediation, Herrera's counsel has prepared and circulated to counsel for CBNC a draft written settlement agreement for their review and comments. The Parties anticipate that a written settlement agreement will be finalized and fully executed within fourteen (14) days of the filing of the instant report, and that all conditions precedent to the anticipated dismissal of Herrera's claims will be completed within seven (7) days thereafter.

In light of the foregoing and in order to allow them to focus their efforts and resources on finalizing their settlement, the Parties respectfully request that the Court continue the stay of this case for an additional thirty (30) days, at which point either Plaintiff Herrera will have voluntarily dismissed his claims against CBNC or the Parties will inform the Court of the status of settlement and the need for any further stay to finalize it (if any).

Respectfully submitted,

**JAVIER HERRERA**, individually and on behalf of all others similarly situated,

Dated: January 23, 2014

By: /s/ Benjamin H. Richman
    One of Plaintiff's Attorneys

JOINT REPORT REGARDING STATUS OF SETTLEMENT PROCEEDINGS         1         CASE NO. 3:13-CV-00090-SI

| | |
|---|---|
| | Jay Edelson* |
| | jedelson@edelson.com |
| | Rafey S. Balabanian* |
| | rbalabanian@edelson.com |
| | Benjamin H. Richman (Admitted *Pro Hac Vice*) |
| | brichman@edelson.com |
| | Christopher L. Dore (Admitted *Pro Hac Vice*) |
| | cdore@edelson.com |
| | EDELSON PC |
| | 350 North LaSalle Street, Suite 1300 |
| | Chicago, Illinois 60654 |
| | Tel: 312.589.6370 |
| | Fax: 312.589.6378 |
| | |
| | Sean P. Reis (SBN 184044) |
| | sreis@edelson.com |
| | EDELSON PC |
| | 30021 Tomas Street. Suite 300 |
| | Rancho Santa Margarita, California 92688 |
| | Tel: 949.459.2124 |
| | Fax: 949.459.2123 |
| | |
| | **CREDIT BUREAU OF NAPA COUNTY, INC.**, |
| Dated: January 23, 2014 | By: /s/ Robert L. Arleo |
| | One of Defendant's Attorneys |
| | |
| | Christopher C. Saldaña, Esq. |
| | chris@ccslawgroup.com |
| | **LAW OFFICES OF CHRISTOPHER C. SALDAÑA** |
| | 350 Tenth Avenue, 10th Floor |
| | San Diego, California 92101 |
| | Tel: 619.365.9995 |
| | Fax: 877.539.1135 |
| | |
| | Robert L. Arleo, Esq. |
| | r.arleo@verizon.net |
| | 380 Lexington Avenue, 17th Floor |
| | New York, New York 10168 |
| | Tel: 212.551.1115 |
| | Fax: 518.751.1801 |

### FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)

I, Benjamin H. Richman, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing *Parties' Joint Report Regarding Status of Settlement Proceedings and Request to Continue Stay for Thirty Days*, and that the above-referenced signatory has concurred in this filing.

/s/ Benjamin H. Richman