Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street. 31st Floor
Los Angeles. California 90013
Tel: 213.533.4100
Fax: 213.947.4251

*Counsel for Plaintiff and the putative class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAVIER HERRERA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CREDIT BUREAU OF NAPA COUNTY, INC., a California corporation,<br><br>*Defendant*. | Case No. 3:13-cv-00090-SI<br><br>**PARTIES' JOINT REPORT REGARDING STATUS OF SETTLEMENT PROCEEDINGS AND REQUEST TO CONTINUE STAY FOR SEVEN (7) DAYS**<br><br>Judge: Honorable Susan Illston |

Plaintiff Javier Herrera and Defendant Credit Bureau of Napa County, Inc. ("CBNC"), by and through their undersigned counsel and pursuant to the Court's January 23, 2013 Order continuing the stay in this matter (Dkt. 38), hereby submit the instant joint report regarding the status of these proceedings and state as follows:

By Order entered January 23rd, the Court continued the stay in this matter pending the Parties' completion and execution of a written settlement agreement. The Parties have now finalized and circulated for execution their written settlement agreement, but require a brief seven (7) day continuance of the current stay in order to fully execute the agreement and ensure that all conditions precedent to the anticipated dismissal of Plaintiff Herrera's claims have been completed.

In light of the foregoing and in order to allow them to focus their efforts and resources on executing their settlement, the Parties respectfully request that the Court continue the stay of this case for an additional seven (7) days, at which point either Plaintiff Herrera will have voluntarily dismissed his claims against CBNC or the Parties will inform the Court of the status of settlement and the need for any further stay to execute it (if any).

Respectfully submitted,

**JAVIER HERRERA**, individually and on behalf of all others similarly situated,

Dated: February 21, 2014                By: /s/ Benjamin H. Richman
                                              One of Plaintiff's Attorneys

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

| | |
|---|---|
| | Mark Eisen (SBN – 289009)<br>meisen@edelson.com<br>EDELSON PC<br>555 West Fifth Street. 31st Floor<br>Los Angeles. California 90013<br>Tel: 213.533.4100<br>Fax: 213.947.4251 |
| | **CREDIT BUREAU OF NAPA COUNTY, INC.**, |
| Dated:  February 21, 2014 | By: /s/ Robert L. Arleo<br>         One of Defendant's Attorneys |
| | Christopher C. Saldaña, Esq.<br>chris@ccslawgroup.com<br>LAW OFFICES OF CHRISTOPHER C. SALDAÑA<br>350 Tenth Avenue, 10th Floor<br>San Diego, California 92101<br>Tel: 619.365.9995<br>Fax: 877.539.1135 |
| | Robert L. Arleo, Esq.<br>r.arleo@verizon.net<br>380 Lexington Avenue, 17th Floor<br>New York, New York 10168<br>Tel: 212.551.1115<br>Fax: 518.751.1801 |

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)**

I, Benjamin H. Richman, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing *Parties' Joint Report Regarding Status of Settlement Proceedings and Request to Continue Stay for Seven (7) Days*, and that the above-referenced signatory has concurred in this filing.

/s/ Benjamin H. Richman