Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

*Counsel for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER HERRERA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>CREDIT BUREAU OF NAPA COUNTY, INC., a California corporation,<br><br>*Defendant.* | Case No. 3:13-cv-00090-SI<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Honorable Susan Illston |

GRANTED

*[signature]* Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    Plaintiff Javier Herrera ("Herrera") and Defendant Credit Bureau of Napa County, Inc.

2    ("Defendant") (collectively, the "Parties"), hereby stipulate and agree, pursuant to Federal Rule of

3    Civil Procedure 41(a)(1)(A)(ii), to the dismissal *with prejudice* of Herrera's individual claims

4    against Defendant in this matter, and *without prejudice* as to the claims of the putative class. In

5    support of the instant stipulation, the Parties state as follows:

6    WHEREAS, on January 8, 2013, Herrera filed his putative class action complaint against

7    Defendant (Dkt. 1);

8    WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties may

9    stipulate to the dismissal of this action without a Court order;

10    WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal of Herrera's

11    individual claims against Defendant in this action *with prejudice*;

12    WHEREAS, the Parties have further agreed to stipulate to the dismissal of the claims of the

13    putative class against Defendant *without prejudice*;

14    WHEREAS, except as they have otherwise agreed, the Parties shall each bear their own

15    attorneys' fees and expenses incurred in any way related to the litigation of this action;

16    NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

17    1.    Plaintiff Herrera's individual claims against Defendant in this action shall be

18    dismissed *with prejudice*;

19    2.    The claims of the putative class in this action shall be dismissed *without prejudice*;

20    3.    Except as otherwise agreed, the Parties shall each bear their own attorneys' fees and

21    expenses incurred in any way related to the litigation of this action.

22    IT IS SO STIPULATED.

23    *          *          *

24

25

26

27

28

**JAVIER HERRERA**, individually and on behalf of all others similarly situated,

Dated: March 14, 2014

By: /s/ Benjamin H. Richman
           One of Plaintiff's Attorneys

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

**CREDIT BUREAU OF NAPA COUNTY, INC.**,

Dated:  March 14, 2014

By: /s/ Robert L. Arleo
           One of Defendant's Attorneys

Christopher C. Saldaña, Esq.
chris@ccslawgroup.com
LAW OFFICES OF CHRISTOPHER C. SALDAÑA
350 Tenth Avenue, 10th Floor
San Diego, California 92101
Tel: 619.365.9995
Fax: 877.539.1135

Robert L. Arleo, Esq.
r.arleo@verizon.net
380 Lexington Avenue, 17th Floor
New York, New York 10168
Tel: 212.551.1115
Fax: 518.751.1801

STIPULATION OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 41

2

CASE NO. 3:13-cv-00090-SI

1

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL 5-1(i)(3)**

2

    I, Benjamin H. Richman, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing ***Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)***, and that the above-referenced signatory to this stipulation has concurred in this filing.

3

4

                                         /s/ Benjamin H. Richman

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28